UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ELAINE L. CHAO, <br> SECRETARY OF LABOR, <br> UNITED STATES DEPT. OF LABOR, <br><br> Plaintiff, <br><br> vs. <br><br> CCC&C, INC. and WILLIE C. CARTER, <br><br> Defendants. | Case No. 4:05CV597SNL |

## ORDER

In accordance with the memorandum filed herein this date,

**IT IS HEREBY ORDERED** that plaintiff's motion for summary judgment (#11), filed November 15, 2005 be and is **GRANTED.** Judgment is entered for the plaintiff and against the defendants, jointly and severally, on all claims as contained in the plaintiff's complaint. This cause of action is hereby removed from the Court's non-jury trial docket of February 21, 2006.

**IT IS FURTHER ORDERED** that defendants, jointly and severally, shall pay all back wages due and owing as set forth in the plaintiff's complaint and summary judgment motion in the total amount of $8893.42 on or before March 15, 2006.

**IT IS FURTHER ORDERED** that defendants, jointly and severally, shall pay liquidated damages in the total amount of $8893.42 on or before March 15, 2006.

**IT IS FURTHER ORDERED** that defendants shall be enjoined, as of this date, from engaging in any further conduct which violates any provision of the Fair Labor Standards Act, 29 U.S.C. §201 *et.seq.* (as amended), especially as regards the payment of minimum wages, overtime wages, and due and owing backwages.

**IT FINALLY ORDERED** that the Government is awarded its costs in litigating this matter.

Dated this   19th   day of December, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE